**Opinion filed October 22, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00243-CR

_____

## JASON KEITH RICHARDSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CV50227**

## M E M O R A N D U M   O P I N I O N

Jason Keith Richardson, Appellant, filed a pro se notice of appeal in this case. He has now filed a pro se motion to withdraw his appeal. In the motion, Appellant acknowledges that, pursuant to Article 44.42 of the Code of Criminal Procedure, he has no right to appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 44.42 (West 2006) (no appeal in bond forfeiture where judgment is for less than $20, exclusive of costs). Appellant requests that he be permitted to withdraw his appeal without prejudice. The motion is signed by Appellant. *See* TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

October 22, 2015

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.